ARKANSAS STATE BOARD OF EDUCATION, et al. *v.* Hon. Philip B. PURIFOY, Chancellor, et al.

87-166                                            731 S.W.2d 209

Supreme Court of Arkansas
Opinion delivered June 22, 1987

*Steve Clark*, Att'y Gen., by: *C. Randy McNair, III*, Asst. Att'y Gen., for appellant.

*Smith, Stroud, McClerkin, Dunn & Nutter*, by: *Hays McClerkin*, for appellee.

PER CURIAM. ■ A Writ of Prohibition is granted. The action filed by the Bright Star Independent School District in the Chancery Court of Miller County is an appeal from a decision by an administrative agency, the Arkansas State Board of Education. Such appeals are governed by the Administrative Procedure Act, Ark. Stat. Ann. § 5-701 through § 5-715 (Repl. 1976 and Supp. 1985).

■■ The Quality Education Act of 1983 provides appeals from rulings by the State Board of Education may be made to a "court of competent jurisdiction." Ark. Stat. Ann. § 80-4606. We deem that court to be the circuit court. See § 5-713(b)(1). Therefore the chancery court does not have jurisdiction to entertain this suit.

Writ granted.